JOSEPH R. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE OLIVARES-MORALES,<br><br>    Defendant. | No. 08-70270 PVT<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME<br><br>SAN JOSE VENUE |

    On June 2, 2008, the undersigned parties appeared before the Court for an arraignment. At the hearing, Assistant Federal Public Defender Cynthia informed the Court that the defendant has hired private counsel, who is in the process of submitting his application to be admitted to practice in the Northern District of California. Therefore, the parties jointly requested that the Court schedule an identification of counsel hearing for June 19, 2008. In addition, Assistant United States Attorney Susan Knight requested an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from June 2, 2008 and June 19, 2008. The defendant, through AFPD Lie, agreed to the exclusion. The parties agree and stipulate that

STIPULATION AND [PROPOSED] ORDER
NO. 08-70270 PVT                    1

| | |
|---|---|
| 1 | an exclusion of time is appropriate based on the defendant's need for continuity and effective |
| 2 | preparation of counsel. |
| 3 | SO STIPULATED: JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| 4 | |
| 5 | DATED: 6/2/08 /s/ |
| | SUSAN KNIGHT |
| 6 | Assistant United States Attorney |
| 7 | DATED: 6/2/08 |
| 8 | /s/ |
| | CYNTHIA C. LIE |
| | Assistant Federal Public Defender |
| 9 | |
| 10 | Accordingly, the Court HEREBY ORDERS that a hearing for identification of counsel is |
| 11 | scheduled for June 19, 2008 at 9:30 a.m. before the Honorable Richard Seeborg. Good cause |
| 12 | is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure |
| 13 | and 18 U.S.C. § 3060. |
| 14 | For good cause shown, the Court FURTHER ORDERS that time be excluded under the |
| 15 | Speedy Trial Act from June 2, 2008 to June 19, 2008. The Court finds, based on the |
| 16 | aforementioned reasons, that the ends of justice served by granting the requested continuance |
| 17 | outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant |
| 18 | the requested continuance would deny defense counsel reasonable time necessary for effective |
| 19 | preparation, taking into account the exercise of due diligence, and would result in a miscarriage |
| 20 | of justice. The Court therefore concludes that this exclusion of time should be made under 18 |
| 21 | U.S.C. §§ 3161(h)(8)(A) and (B)(iv). |
| 22 | SO ORDERED. |
| 23 | |
| 24 | DATED: 6/3/08 |
| | PATRICIA V. TRUMBULL |
| 25 | United States Magistrate Judge |