1  JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

5

6  150 Almaden Blvd., Suite 900
San Jose, California 95113

7  Telephone:  (408) 535-5056
FAX: (408) 535-5066

8  Susan.Knight@usdoj.gov

9  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )    No. 08-70270 PVT
                                       )
14          Plaintiff,                 )
                                       )
15          v.                         )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME UNDER
16  JOSE OLIVARES-MORALES,             )    RULE 5 AND THE SPEEDY TRIAL ACT
                                       )
17          Defendant.                 )
                                       )    SAN JOSE VENUE
18  _____)

19

20

21      On June 19, 2008, the undersigned parties appeared before the Court for a identification of

22  counsel.  The Court released Assistant Federal Public Defender Cynthia Lie, and Eduardo

23  Paredes made an appearance on behalf of the defendant.  The parties then requested that an

24  arraignment be scheduled for July 25, 2008 in order to afford Mr. Paredes an opportunity to

25  review the discovery in the case and consult with the defendant.  In addition, the government

26  informed the Court that it has additional discovery to provide to Mr. Paredes.  The defendant,

27  through Mr. Paredes, agreed to waive time under Rule 5 of the Federal Rules of Criminal

28  Procedure and the Speedy Trial Act from June 19, 2008 to July 25, 2008.  The parties agree and

1    stipulate that an exclusion of time is appropriate based on the defendant's need for effective

2    preparation of counsel.

3    SO STIPULATED:                         JOSEPH P. RUSSONIELLO
                                            United States Attorney
4

5    DATED: 6/19/08                         _____/s/_____
                                            SUSAN KNIGHT
6                                           Assistant United States Attorney

7

8    DATED: 6/19/08                         _____/s/_____
                                            EDUARDO A. PAREDES
                                            Counsel for Mr. Olivares-Morales
9

10       Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is

11   continued to July 25, 2008 at 9:30 a.m.  Good cause is shown and the continuance is proper

12   under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

13       For good cause shown, the Court FURTHER ORDERS that time be excluded under the

14   Speedy Trial Act from June 19, 2008 through July 25, 2008.  The Court finds, based on the

15   aforementioned reasons, that the ends of justice served by granting the requested continuance

16   outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant

17   the requested continuance would deny defense counsel reasonable time necessary for effective

18   preparation, taking into account the exercise of due diligence, and would result in a miscarriage

19   of justice.  The Court therefore concludes that this exclusion of time should be made under 18

20   U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

21   SO ORDERED.

22

23   DATED:_____          _____
                                    RICHARD SEEBORG
24                                  United States Magistrate Judge

25

26

27

28