JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED
JUN 2 4 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

E-FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    v. <br><br>JOSE OLIVARES-MORALES, <br><br>    Defendant. | No. 08-70270 PVT <br><br>STIPULATION AND [~~PROPOSED~~] *PS* ORDER EXCLUDING TIME UNDER RULE 5 AND THE SPEEDY TRIAL ACT <br><br>SAN JOSE VENUE |

    On June 19, 2008, the undersigned parties appeared before the Court for a identification of counsel. The Court released Assistant Federal Public Defender Cynthia Lie, and Eduardo Paredes made an appearance on behalf of the defendant. The parties then requested that an arraignment be scheduled for July 25, 2008 in order to afford Mr. Paredes an opportunity to review the discovery in the case and consult with the defendant. In addition, the government informed the Court that it has additional discovery to provide to Mr. Paredes. The defendant, through Mr. Paredes, agreed to waive time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from June 19, 2008 to July 25, 2008. The parties agree and

stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                JOSEPH P. RUSSONIELLO
                              United States Attorney

DATED: 6/19/08                /s/
                              SUSAN KNIGHT
                              Assistant United States Attorney

DATED: 6/19/08                /s/
                              EDUARDO A. PAREDES
                              Counsel for Mr. Olivares-Morales

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to July 25, 2008 at 9:30 a.m. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from June 19, 2008 through July 25, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 6/24/08                RICHARD SEEBORG
                              United States Magistrate Judge