1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,        )   No. 08-70270 PVT
                                    )
14        Plaintiff,                )
                                    )
15        v.                        )   STIPULATION AND [~~PROPOSED~~]
                                    )   ORDER EXCLUDING TIME UNDER
                                    )   RULE 5 AND THE SPEEDY TRIAL ACT
16 JOSE OLIVARES-MORALES,           )
                                    )
17        Defendant.                )   SAN JOSE VENUE
                                    )
18                                  )
                                    )
19 _____)

20

21    The undersigned parties respectfully request that the arraignment scheduled for July 25, 2008

22 at 11:00 a.m. be continued to August 8, 2008 at 11:00 a.m. before Magistrate Judge Trumbull.

23 The reasons for the continuance is that the parties have reached a resolution to the case,

24 specifically, that the defendant will enter a guilty plea to a violation of 18 U.S.C. § 1028(a)(6),

25 possession of a false identity document. The government needs additional time to obtain

26 supervisory approval of the resolution, and defense counsel Eduardo Paredes needs time to

27 review a plea agreement with the defendant. Therefore, the parties request a brief continuance to

28 August 8, 2008. In addition, the parties agree and stipulate that a waiver of time under Rule 5 of

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

the Federal Rules of Criminal Procedure and the Speedy Trial Act from July 25, 2008 to August 8, 2008 is appropriate. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: 7/23/08                          _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney


DATED: 7/23/08                          _____/s/_____
                                        EDUARDO A. PAREDES
                                        Counsel for Mr. Olivares-Morales

    Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to August 8, 2008 at 9:30 a.m. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

    For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from July 25, 2008 to August 8, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 7/23/08                          _____
                                        HOWARD R. LLOYD
                                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 08-70270 PVT                              2